## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

E.P.L.,

      Petitioner,

v.

Warden, IRWIN DETENTION
CENTER, *et al.*,

      Respondents.

:
:
:
:
:
:
:
:
:
:
:
:

CASE NO.: 7:26-CV-173 (WLS-CHW)

### ORDER

Before the Court is Petitioner's Notice of Voluntary Dismissal (Doc. 5), filed on June 17, 2026. Therein, Petitioner notifies the Court of the dismissal, without prejudice, of her habeas petition, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41 permits voluntary dismissal by a petitioner, without a court order, if the petitioner dismisses an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). A review of the Docket shows that none of the Respondents have filed an answer or motion for summary judgment.

For the purpose of completing the Record, the Court acknowledges and **ACCEPTS** Plaintiff's Notice (Doc. 5). This matter is therefore **DISMISSED**, without prejudice. In light of the dismissal of the petition, Petitioner's Emergency Motion for Release (Doc. 4) is **DENIED**, as moot.

**SO ORDERED**, this 17th day of June 2026.

_____
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

1