IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

EVELIN PEREZ LOPEZ,                              *

                Petitioner,                   *

v.                                                             Case No. 7:26-cv-173 (WLS-CHW)

                                               *

WARDEN IRWIN COUNTY DETENTION
CENTER, et al.,                                         *

                Respondents.                *

_____

## J U D G M E N T

Pursuant to this Court's Order dated June 17, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 17th day of June, 2026.

                                    David W. Bunt, Clerk


                                    s/ Katie Logsdon, Deputy Clerk